

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00501-CV

**IN THE MATTER OF M.M.C.D.-E.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01118
Honorable David A. Canales, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order terminating appellant's parental rights. Appellant timely filed a notice of appeal. Accordingly, the record was due 10 days after the notice of appeal was filed. *See* Tex. R. App. P. 26.1(b), 35.1(b). The record was not filed. The clerk of this court notified the court reporter responsible for the record that the record was late. Our letter required the record be filed by August 12, 2019. The record was not filed.

On August 16, 2019, this court ordered the court reporter, Luis Duran, Jr. to file the reporter's records by August 22, 2019. The record was not filed. The clerk of this court called the court reporter and left a message requesting that he contact this court. The court reporter has not contacted this court.

We therefore **ORDER** the court reporter, Luis Duran, Jr., to file the reporter's record in this court no later than **September 9, 2019** and to explain his failure to respond to this court. If the reporter's record and the response are not timely filed, a show cause order shall issue directing the court reporter to appear before this court and show cause why he should not be held in contempt. *See id.* R. 37.3(a)(1) (requiring us to "make whatever order is appropriate to avoid further delay and to preserve the parties' rights").

We further **order** the clerk of this court to cause a copy of this order to be served on the court reporter by certified mail, return receipt requested, and by regular United States mail. Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See id.* R. 35.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.



Keith E. Hottle,
Clerk of Court